UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**Dallas Division**

| | |
|---|---|
| ROBERT HOPKINS, III, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 3:22-cv-00706 (C) |
| | * |
| DEPARTMENT OF DEFENSE, | * |
| | * |
| Defendant. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Motion to Stay Future Deadlines, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE