IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-C |

NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendant:

>JOHN T. LEWIS (TX Bar No. 24095074)
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street NW, Rm. 12002
>Washington, D.C. 20530
>Tel: (202) 353-0533
>Fax: (202) 616-8460
>E-mail: john.t.lewis.iii@usdoj.gov

Dated: May 24, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12002
Washington, D.C. 20530
Tel: (202) 353-0533

        Fax: (202) 616-8460
        E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendant*