IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-C |

**[PROPOSED] ORDER GRANTING CROSS-MOTION
TO AMEND SCHEDULING ORDER**

Upon consideration of Plaintiff's Motion to Stay Future Deadlines and Defendant's Cross-Motion to Amend Scheduling Order, Defendant's Motion is hereby GRANTED. Specifically:

- The deadlines in this Court's Scheduling Order, ECF No. 12, are hereby STAYED pending decision on Defendant's forthcoming motion for summary judgment.

- Briefing on Plaintiff's motion to compel, should he choose to file one, is hereby STAYED pending decision on Defendant's forthcoming motion for summary judgment.

- All discovery and other proceedings in this matter are hereby STAYED pending decision on Defendant's forthcoming motion for summary judgment.

- Defendant's motion for summary judgment in this matter shall be due by 3:00 p.m. on Friday, August 11, 2023.

**SO ORDERED.**


Dated: _____                    _____
                                                                            SAM R. CUMMINGS
                                                                            UNITED STATES DISTRICT JUDGE