UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

### Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (C) |
| DEPARTMENT OF DEFENSE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S NOTICE OF DELAYED FILING

On 24 May 2023, Defendant asked this Court for expedited consideration of the parties' competing motions docketed as Dkt. #s. 13, 15, and 17. In support of its request—which Plaintiff supports—Defendant stated that Plaintiff would file his opposition to Defendant's cross-motion, Dkt. No. 17, by today, 31 May. Plaintiff hereby gives notice to the Court that despite the undersigned's best efforts, he will be unable to meet this self-imposed deadline due to technical issues beyond his control, and that Plaintiff will file his opposition to Defendant's cross-motion tomorrow, 1 June 2023. He apologizes to the Court for the delay and attests that the delay is entirely attributable to his necessary reliance on a third party to resolve the technical issues (which were caused by that third party in the first place).

Date:   May 31, 2023

                                     Respectfully submitted,

                                     /s/ Kelly B. McClanahan
                                     Kelly B. McClanahan, Esq.
                                     N.D. Tex. Bar #984704DC
                                     National Security Counselors
                                     4702 Levada Terrace
                                     Rockville, MD 20853
                                     301-728-5908
                                     240-681-2189 fax
                                     Kel@NationalSecurityLaw.org

                                     *Counsel for Plaintiff*