# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (C) |
| DEPARTMENT OF DEFENSE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Defendant's Cross-Motion to Amend Scheduling Order, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Defendant's Motion is **DENIED**.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE