IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-00706-E |
| | § | |
| DEPARTMENT OF DEFENSE, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This case was originally before United States District Court Senior Judge Sam R. Cummings. On June 2, 2023, this case was reassigned to United States District Court Senior Judge Sidney A Fitzwater pursuant to Special Order 3-348. (Doc. 19). On June 6, 2023, this case then reassigned to United States District Court Judge Ada E. Brown pursuant to Special Order 3-249. (Doc. 21).

Before the Court are the following motions: (1) Plaintiff Robert Hopkins, III's ("Plaintiff") Motion for Status Conference, (Doc. 13); (2) Plaintiff's Motion to Stay Scheduling Order (the "Motion to Stay"), (Doc. 15); (3) Defendant United States Department of Defense's ("Defendant") Cross-Motion to Amend/Correct Scheduling Order (the "Motion to Amend/Correct"), (Doc. 17); (4) the Parties' Joint Motion to Expedite Decision Concerning Scheduling Motions (the "Original Motion to Expedite"), (Doc. 22); and (5) the Parties' Amended Joint Renewed Motion to Expedite Decision Concerning Scheduling Motions (the "Renewed Motion to Expedite"), (Doc. 23). The Court rules on these motions as follows:

1. The Parties' Renewed Motion to Expedite, (Doc. 23), is **GRANTED**;

2. The Parties' Original Motion to Expedite, (Doc. 22), is **MOOT**;

3. Defendant's Motion to Amend/Correct, (Doc. 17), is **GRANTED**;

4. Plaintiff's Motion to Stay, (Doc. 15), is **MOOT**; and

5. Plaintiff's Motion for Status Conference, (Doc. 13) is **DENIED**

Defendant shall file its motion for summary judgment with an accompanying *ex parte*, *in camera* affidavit **no later than August 11, 2023, at 5:00, pm**. All other deadlines in Senior Judge Cumming's Scheduling Order, (Doc. 12), are hereby **STAYED** pending the Court's adjudication of Defendant's forthcoming motion for summary judgment.

**SO ORDERED:** June 13, 2023.


_____

Ada Brown
UNITED STATES DISTRICT JUDGE