UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

### Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (C) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * | * * * * * * * | |

### **ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Leave to File an Initial Motion for Partial Summary Judgment and for Expedited Consideration, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendant shall complete its prepublication review of Plaintiff's motion for partial summary judgment, brief, and appendix, and return all three filings to Plaintiff's counsel no later than June 30, 2023; and

**FURTHER ORDERED** that, if Defendant makes any redactions to any of Plaintiff's filings, it shall provide unredacted copies of the filings to the Court for its *in camera* review no later than July 3, 2023; and

**FURTHER ORDERED** that Plaintiff shall file the cleared versions of his filings within one business day of receipt from Defendant; and

**FURTHER ORDERED** that Defendant shall file any opposition to Plaintiff's motion for partial summary judgment within four business days of the filing of Plaintiff's motion; and

**FURTHER ORDERED** that Plaintiff shall file any reply within four business days of the filing of Defendant's opposition.

                                                                      _____
                                                                      ADA BROWN
                                                                      UNITED STATES DISTRICT JUDGE