IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, *Plaintiff*, v. DEPARTMENT OF DEFENSE, *Defendant*. | No. 3:22-CV-00706-E |

**NOTICE OF LODGING OF *EX PARTE*, *IN CAMERA* DECLARATION**

Defendant the Department of Defense hereby gives notice that it is lodging, for the Court's *ex parte* and *in camera* review only, a Classified Declaration in support of its Emergency Motion for Extension of Time. The Classified Declaration is being lodged for secure storage and for secure transmission to the Court with the U.S. Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of these submissions for review at the Court's convenience.

Dated: August 7, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
LISA NEWMAN (TX Bar. No. 24107878)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12002
Washington, D.C. 20530
Tel: (202) 353-0533
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis