IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> *Defendant*. | No. 3:22-CV-00706-E |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF TIME**

Upon consideration of Defendant the Department of Defense's Emergency Motion for Extension of Time and accompanying Classified Declaration, the Motion is hereby GRANTED. The Department shall issue its revised determination to Plaintiff Dr. Robert Hopkins, III regarding the manuscript *Crowded Skies* by September 25, 2023. The Department shall file its motion for summary judgment as to all of Dr. Hopkins's manuscripts by October 4, 2023.

Dated: _____    _____
ADA BROWN
UNITED STATES DISTRICT JUDGE