# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

UPON CONSIDERATION OF Defendant's Emergency Motion for Extension of Time, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Defendant's Motion is **DENIED;** and

**FURTHER ORDERED** that the *ex parte*, *in camera* declaration lodged in support of Defendant's Motion is struck from the record.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE