IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-E |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS AND
FOR SUMMARY JUDGMENT**

Upon consideration of Defendant the Department of Defense's Motion to Dismiss and for Summary Judgment, and the enclosed Unclassified and Classified Appendices, the Motion is hereby GRANTED. Plaintiff Dr. Robert Hopkins, III's claims challenging the procedures by which his manuscripts were processed are hereby DISMISSED without prejudice for lack of subject-matter jurisdiction. Judgment is hereby ENTERED for Defendant on Plaintiff's claims challenging Defendant's redactions to Plaintiff's manuscripts. The Clerk is directed to CLOSE this matter.

Dated: _____          _____
                                                                 ADA BROWN
                                                                 UNITED STATES DISTRICT JUDGE