## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant.* | No. 3:22-CV-00706-E |

## NOTICE OF LODGING OF *EX PARTE*, *IN CAMERA* CLASSIFIED APPENDIX

Defendant the Department of Defense hereby gives notice that it is lodging, for the Court's *ex parte* and *in camera* review only, a Classified Appendix in support of its Motion to Dismiss and for Summary Judgment. The Classified Appendix, which is broken into two parts, contains three declarations from the components that redacted Dr. Hopkins's manuscripts, two of which are contained in redacted form in the Unclassified Appendix, and one of which is classified in full. The Classified Appendix also contains copies of Dr. Hopkins's manuscripts with "see-through" redactions applied, as well as a table identifying which components applied which redactions.

The Classified Appendix is being lodged for secure storage and for secure transmission to the Court with the U.S. Department of Justice, Litigation Security

Group, Washington, D.C., (202) 514-9016. The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of these submissions for review at the Court's convenience.

Dated: October 4, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ John T. Lewis*
JOHN T. LEWIS (TX Bar No. 24095074)
LISA NEWMAN (TX Bar No. 24107878)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ John T. Lewis*
John T. Lewis