**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**Dallas Division**

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Enlargement of Time

Within Which to File Opposition to Defendant's Motion to Dismiss and for Partial Summary

Judgment, and the entire record herein, it is this _____ day of _____, 2023,

    **ORDERED** that Plaintiff's Motion is **GRANTED**; and

    **FURTHER ORDERED** that Plaintiff shall file his Opposition no later than January 5,

2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE