IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-C |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendant:

        LISA NEWMAN (TX Bar No. 24107878)
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, D.C. 20530
        Tel: (202) 514-5578
        Fax: (202) 616-8460
        E-mail: lisa.n.newman@usdoj.gov

Dated: January 3, 2024        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        MARCIA BERMAN
        Assistant Branch Director

        */s/ Lisa Newman*
        LISA NEWMAN (TX Bar No. 24107878)
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW, Rm. 12002
        Washington, D.C. 20530
        Tel: (202) 514-5578
        Fax: (202) 616-8460

E-mail: lisa.n.newman@usdoj.gov

*Attorney for Defendant*

2