UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Corrected Partially Unopposed Motion to Stay Briefing of Defendant's Motion to Dismiss and for Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2024,

    **ORDERED** that Plaintiff's Motion is **GRANTED**; and

    **FURTHER ORDERED** that briefing of Defendant's Motion is hereby stayed until further notice.

                                                            _____
                                                            ADA BROWN
                                                            UNITED STATES DISTRICT JUDGE