IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-CV-00706-E |
| DEPARTMENT OF DEFENSE, | § § § | |
| Defendant. | § § § | |

# FINAL JUDGMENT

Having **GRANTED** Defendant Department of Defense's Motion to Dismiss and for Summary Judgment, (ECF No. 32), the Court has dismissed all of Plaintiff Robert Hopkins, III's claims. Accordingly, Plaintiff Robert Hopkins, III's case is **dismissed with prejudice**. This is a final judgment. *See* Fed. R. Civ. P. 54.

**SO ORDERED:** March 25, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE