# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

ROBERT HOPKINS, III,                    *
                                        *
    Plaintiff,                          *
                                        *
    v.                                  *       Civil Action No. 3:22-cv-00706 (E)
                                        *
DEPARTMENT OF DEFENSE,                  *
                                        *
    Defendant.                          *
                                        *
*     *     *     *     *     *     *     *     *     *     *     *     *

## ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for

Reconsideration, and the entire record herein, it is this _____ day of

_____, 2024,

    **ORDERED** that Plaintiff's Motion is **GRANTED**.


                _____
                ADA BROWN
                UNITED STATES DISTRICT JUDGE