## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

### Dallas Division

| | |
|---|---|
| ROBERT HOPKINS, III, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 3:22-cv-00706 (E) |
| DEPARTMENT OF DEFENSE, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Enlargement of Time Within Which to File Notice of Appeal, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE