# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*DALLAS DIVISION*

| | |
|---|---|
| Hopkins | 3:22-CV-00706-E |
| Plaintiff | CASE NUMBER |
| v. | |
| DOD | Brown |
| Defendant | JUDGE |

## NOTICE OF APPEAL

Notice is hereby given that    Robert Hopkins, III
                                  (Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

                              judgment
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on    25 March 2024
                              (Date)

Date    24 May 2024

Attorney/Pro Se Litigant Signature    /s/ Kel McClanahan

Print Name    Kel McClanahan

Address    4702 Levada Terrace

City, State, Zip    Rockville, MD 20853

Telephone    301-728-5908