# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>  Defendant. | CASE NO.: 3:22-CV-706-E |

## MOTION TO WITHDRAW AS COUNSEL

Defendant hereby moves the Court for an order, pursuant to Local Rule 83.12(a), permitting Rachael L. Westmoreland to withdraw as counsel for Defendant in this matter, as her employment with the United States Department of Justice will conclude on January 17, 2025. Defendant will continue to be represented by the United States Department of Justice and those other federal attorneys who have entered appearances in these cases. A proposed order is attached.

Dated: January 17, 2025                Respectfully submitted,

                                                          /s/ *Rachael L. Westmoreland*
                                                         RACHAEL L. WESTMORELAND (GA Bar No. 539498)
                                                         Trial Attorneys
                                                         U.S. Department of Justice
                                                         Civil Division, Federal Programs Branch

1

                            1100 L Street, NW
                            Washington, D.C. 20005
                            Tel: (202) 514-1280
                            E-mail: rachael.westmoreland@usdoj.gov

## CERTIFICATE OF WORD COUNT

This document complies with the Court's word count requirement because it contains 72 words.

Dated: January 17, 2025             Respectfully submitted,

                                    /s/ Rachael L. Westmoreland
                                    RACHAEL L. WESTMORELAND (GA Bar No. 539498)
                                    Trial Attorneys
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street, NW
                                    Washington, D.C. 20005
                                    Tel: (202) 514-1280
                                    E-mail: rachael.westmoreland@usdoj.gov

## CERTIFICATE OF SERVICE

On January 17, 2025, I electronically filed the above motion with the clerk of court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Rachael L. Westmoreland*
Rachael L. Westmoreland
