# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendant. | CASE NO.: 3:22-CV-706-E |

## [PROPOSED] ORDER

The Court hereby **GRANTS** Defendant's motion for Rachael L. Westmoreland to withdraw as counsel for Defendant in the above-captioned matter.

SO ORDERED.


Dated: _____            _____
                                  ADA BROWN
                                  UNITED STATES DISTRICT JUDGE