# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:22-CV-00706-E |
| DEPARTMENT OF DEFENSE, | § § § | |
| Defendant. | § § § | |

## ORDER

On February 14, 2025, the United States Court of Appeals for the Fifth Circuit issued their opinion in this case, remanding the case back to this Court for further proceedings. *See Hopkins v. United States of America*, No. 24-10462 (5th Cir. Feb. 14, 2025). Accordingly, this Court **VACATES** its March 25, 2024, Final Judgment. (ECF No. 48).

**IT IS ORDERED THAT:**

1) The Court's March 25, 2024 Final Judgment is VACATED. (ECF No. 48).

2) The case is REOPENED.

3) The Court sets the following briefing schedule for Government's Motion to Dismiss (ECF No. 32):

    a. Plaintiff shall file their response to Government's Motion to Dismiss on or before Friday, March 7, 2025.

    b. The Government shall file its reply (if any) on or before Friday, March 21, 2025.

*(this space left intentionally blank)*

The Clerk of the Court is DIRECTED to VACATE the Court's Final Judgment, (ECF No. 48) and REOPEN this case. (3:22-cv-00706).

**SO ORDERED:** this 14th day of February, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE