# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF PENDING MOTIONS**

In light of the Court's order vacating the 25 March 2024 Final Judgment and setting a briefing schedule for the Government's Motion to Dismiss, Plaintiff respectfully draws the Court's attention to his motion to unseal (ECF No. 38) and motion to authorize (ECF No. 42), which were denied as moot on 25 March 2024 due to the dismissal of the case. Now that the order to dismiss has been vacated by the Court of Appeals, those motions are no longer moot and are ripe for adjudication, and Plaintiff requests that the Court adjudicate them so that, if one or both are granted, he can incorporate any new information made available to his undersigned counsel as a result into his Opposition.

Date: February 14, 2025

        Respectfully submitted,

        /s/ Kelly B. McClanahan
        Kelly B. McClanahan, Esq.
        N.D. Tex. Bar #984704DC
        National Security Counselors
        1451 Rockville Pike
        Suite 250
        Rockville, MD 20852
        501-301-4672
        240-681-2189 fax
        Kel@NationalSecurityLaw.org

        *Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 233 words.

        /s/ Kelly B. McClanahan
        Kelly B. McClanahan, Esq.