UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

The parties hereby respectfully request that the Court modify the briefing schedule of Defendant's Motion to Dismiss and for Summary Judgment, as follows:

Plaintiff's Opposition to Defendant's Motion and any Cross-Motion for Summary Judgment – April 8, 2025

Defendant's Reply and Opposition to any Plaintiff's Cross-Motion for Summary Judgment – June 13, 2025

Plaintiff's Reply to any Cross-Motion for Summary Judgment – July 15, 2025

Plaintiff's Statement: Plaintiff has good cause to request this relief. Plaintiff's counsel has been forced to file numerous briefs on an expedited basis in

several cases over the last two weeks, in addition to spending two days last week in an administrative hearing and multiple hours since then contacting government officials on the order of an administrative judge. Plaintiff's counsel attempted to complete Plaintiff's brief on schedule but was unable to do so, and contacted Defendant's counsel today to request a five-day extension. Only after Defendant's counsel stated that she would also be seeking an extension due to her medical leave and proposed a joint motion did Plaintiff's counsel propose extending Plaintiff's deadline until April, and after further discussion the parties agreed on the above schedule.

> Defendant's Statement: As a professional courtesy, Defendant consents to Plaintiff's request to extend the due date for his combined opposition and cross-motion, a request which Plaintiff communicated to undersigned defense counsel earlier today, the day that brief is due. There is good cause for Defendant's request that its combined opposition and reply brief be due two months after Plaintiff files his opposition/cross-motion. Defendant's counsel will be on medical leave through the end of March and will be departing the Department of Justice in early April. Defendant will need additional time to bring a new attorney up to speed on this case. In addition, the Federal Programs Branch is exceptionally busy at this time and is currently operating with reduced personnel.

A proposed Order accompanies this Motion.

Date: March 7, 2025

                                               Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
N.D. Tex. Bar #984704DC
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20853
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

/s/ Lisa Newman
LISA NEWMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-1318

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing filing contains 314 words.

                                               /s/ Kelly B. McClanahan
                                               Kelly B. McClanahan, Esq.