UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF the parties' Joint Motion to Modify Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the parties' Motion is **GRANTED**.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE