# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| DEPARTMENT OF DEFENSE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF the parties' Joint Motion to Modify Briefing Schedule, the Court GRANTS the motion and briefing deadlines are modified as below:

1. Plaintiff's Response to Government's Motion to Dismiss on or before April 8, 2025.

2. Government's reply, if any, on or before June 13, 2025.

3. All other dispositive motions must be filed on or before, April 8, 2025.

**ORDERED:** this 12th day of March, 2025.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE