**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE,<br><br>        *Defendant*. | No. 3:22-CV-00706-C |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that, pursuant to Local Civil Rule 83.12(b), the undersigned attorney, James Bickford of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance and substitutes for Lisa Newman as lead counsel on behalf of defendant the U.S. Department of Defense in the above-captioned case.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: April 3, 2025