IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>   *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>   *Defendant*. | No. 3:22-CV-00706-C |

NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendant:

   CASSANDRA M. SNYDER (DC Bar No. 1671667)
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L Street NW
   Washington, D.C. 20530
   Tel: (202) 451-7729
   Fax: (202) 616-8460
   E-mail: cassandra.m.snyder@usdoj.gov

Dated: April 7, 2025      Respectfully submitted,

             YAAKOV M. ROTH
             Acting Assistant Attorney General

             MARCIA BERMAN
             Assistant Branch Director

             */s/ Cassandra M. Snyder*
             CASSANDRA M. SNYDER
             Trial Attorney (D.C. Bar No. 1671667)
             U.S. Department of Justice
             Civil Division, Federal Programs Branch
             1100 L Street NW
             Washington, D.C. 20530
             Tel: (202) 451-7729

        Fax: (202) 616-8460
        E-mail: cassandra.m.snyder@usdoj.gov

*Counsel for Defendant*