# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| DEPARTMENT OF DEFENSE, | * | |
| Defendant. | * | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS AND FOR
SUMMARY JUDGMENT AND ANY CROSS-MOTIONS**

NOW COMES Plaintiff to respectfully request a short four-day extension, until 11 April 2025, of his deadline for filing his Opposition to Defendant's Motion to Dismiss and for Summary Judgment and any cross-motions.

Plaintiff has good cause to request this relief. Plaintiff's undersigned counsel is currently on unscheduled medical leave due to his entire family becoming ill this weekend, and he has accordingly been unable to complete his work on this brief and the accompanying filings, which currently include multiple third-party declarations.

Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date: April 7, 2025

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        N.D. Tex. Bar #984704DC
                                        National Security Counselors
                                        1451 Rockville Pike
                                        Suite 250
                                        Rockville, MD  20853
                                        501-301-4672
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing filing contains 224 words.

                                        /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.