UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File His Opposition to Defendant's Motion to Dismiss and for Summary Judgment and any Cross-Motions, and the entire record herein, it is this 7th day of April, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

Ada Brown
UNITED STATES DISTRICT JUDGE

1