## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

### Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Further Brief Enlargement of Time Within Which to File His Opposition to Defendant's Motion to Dismiss and for Summary Judgment, and the entire record herein, it is this

_____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE