## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

### Dallas Division

| | |
|---|---|
| ROBERT HOPKINS, III, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 3:22-cv-00706 (E) |
| DEPARTMENT OF DEFENSE, | * |
| Defendant. | * |

* * * * * * * * * * * * *

### ORDER

UPON CONSIDERATION OF Plaintiff's Cross-Motion for Leave to File Amended Complaint, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the First Amended Complaint is now the operative complaint in this case.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE