# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR
BRIEF ENLARGEMENT OF TIME WITHIN WHICH
TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION
<u>TO DISMISS AND FOR SUMMARY JUDGMENT</u>**

NOW COMES Plaintiff to respectfully request a retroactive roughly seven-hour extension of his deadline for filing his Opposition to Defendant's Motion to Dismiss and for Summary Judgment. This brief was due at midnight on 14 April and was filed as Dkt. #73 at 7:05 AM on 15 April.

Plaintiff requests this final relief due to excusable neglect and family illness. When the undersigned requested an extension until Monday, he did so with the expectation that his ability to complete this task would not be interrupted again. However, on Monday morning, the illness which had troubled his youngest child and had appeared to get better redoubled in intensity, leaving him fully unable to

work for most of the day and much of the evening. He was only able to complete this filing by Tuesday morning by working through the night.

Defendant does not oppose this Motion. A proposed Order accompanies this Motion.

Date: April 15, 2025

                                          Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        N.D. Tex. Bar #984704DC
                                        National Security Counselors
                                        1451 Rockville Pike
                                        Suite 250
                                        Rockville, MD  20853
                                        501-301-4672
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing filing contains 283 words.

                                        /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.