# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, *Plaintiff*, v. DEPARTMENT OF DEFENSE, *Defendant*. | No. 3:22-CV-00706-C |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND AND FOR LEAVE TO FILE CONSOLIDATED BRIEF

Upon consideration of Defendant's consent motion to extend and for leave for file a consolidated brief, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Defendant shall file a consolidated brief responding to Plaintiff's motion for leave to file an amended complaint and replying in support of the Department' motion to dismiss and for summary judgment by June 27, 2025; and Plaintiff may file a reply in support of his motion for leave to file an amended complaint by August 5, 2025.

It is SO ORDERED.

Dated: _____          _____
                                                                                       ADA BROWN
                                                                                       United States District Judge