IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, *Plaintiff*, v. DEPARTMENT OF DEFENSE, *Defendant*. | No. 3:22-CV-00706-C |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND**

Upon consideration of Defendant's consent motion to extend, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Defendant shall file a consolidated brief responding to Plaintiff's motion for leave to file an amended complaint and replying in support of the Department's motion to dismiss and for summary judgment by July 18, 2025; and Plaintiff may file a reply in support of his motion for leave to file an amended complaint by August 29, 2025.

It is **SO ORDERED**.

Dated: _____

_____
ADA BROWN
United States District Judge