# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-C |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND**

Upon consideration of Defendant's unopposed motion to extend, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Defendant shall file a consolidated brief responding to Plaintiff's motion for leave to file an amended complaint and replying in support of the Department' motion to dismiss and for summary judgment by August 8, 2025; and Plaintiff may file a reply in support of his motion for leave to file an amended complaint by September 19, 2025.

It is SO ORDERED.

Dated: _____          _____
                                                                                ADA BROWN
                                                                                United States District Judge