IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> *Defendant*. | No. 3:22-CV-00706-C |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND**

Defendant the Department of Defense ("the Department") respectfully requests that the Court grant the Department a one-day extension to lodge supplemental classified materials for the Court's *ex parte*, *in camera* review, in support of the Department's reply in support of its motion to dismiss and for summary judgment, ECF No. 32—until Monday, August 11, 2025. Counsel for the Department has conferred with counsel for Plaintiff, who has indicated that Plaintiff does not oppose the relief requested herein. As good cause in support of this motion, the Department represents the following:

1. The Department's deadline to submit a reply in support of its motion to dismiss and for summary judgment is August 8, 2025. *See* Electronic Order, ECF No. 83.

2. The Department filed a reply in support of its motion to dismiss and for summary judgment on August 8, 2025. *See* ECF No. 86.

3. The Department intends to provide this Court with certain supplemental classified materials—including two classified memorandum and one classified declaration—in support of its motion to dismiss and for summary judgment on August 8, 2025. Due to unforeseen circumstances, however, the Department needs additional time to finalize and lodge the classified materials. The process of lodging classified materials involves transmitting the materials to the Department of Justice's Litigation Security Group, which then securely stores and delivers the materials for review at the Court's convenience.

4. Accordingly, the Department seeks a one-day extension, until Monday, August 11, 2025, to lodge these classified materials with the Court.

5. Counsel for Plaintiff has indicated that Plaintiff does not oppose the relief requested herein.

Accordingly, the Department requests that the Court grant the Department a one-day extension to lodge supplemental classified materials in support of the Department's reply in support of its motion to dismiss and for summary judgment, until August 11, 2025.

Date: August 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

<u>/s/ Cassandra. M. Snyder</u>
JAMES BICKFORD
  N.Y. Bar No. 5163498
CASSANDRA M. SNYDER
  D.C. BAR NO. 1671667
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

## CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing brief contains 305 words, exclusive of the case caption, signature block, and certificates, according to Microsoft Word's word-count register.

*/s/ Cassandra M. Snyder*
Cassandra M. Snyder

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Cassandra M. Snyder*
Cassandra M. Snyder
