# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-C |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND**

Upon consideration of Defendant's unopposed motion to extend, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Defendant shall lodge supplemental classified materials for the Court's *ex parte*, *in camera* review in support of the Department's reply in support of its motion to dismiss and for summary judgment by Monday, August 11, 2025.

It is SO ORDERED.

Dated: _____       _____
                                                                                                      ADA BROWN
                                                                                                      United States District Judge