IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, *Plaintiff*, v. DEPARTMENT OF DEFENSE, *Defendant*. | No. 3:22-CV-00706-E |

### NOTICE OF LODGING OF *EX PARTE*, *IN CAMERA* CLASSIFIED MEMORANDUM AND APPENDIX

Defendant the Department of Defense hereby gives notice that it is lodging, for the Court's *ex parte* and *in camera* review only, two classified memorandum and a classified appendix in support of its reply in support of its motion to dismiss and for summary judgment. The classified appendix includes a second declaration from one of the components that redacted Dr. Hopkins's manuscripts, and Dr. Hopkins's "Rebuttal" document.

These materials are being lodged for secure storage and for secure transmission to the Court with the U.S. Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of these submissions for review at the Court's convenience.

1

Date: August 11, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　Deputy Director

　　　　　　　　　　　　　　　　　　　<u>/s/ Cassandra. M. Snyder</u>
　　　　　　　　　　　　　　　　　　　JAMES BICKFORD
　　　　　　　　　　　　　　　　　　　　N.Y. Bar No. 5163498
　　　　　　　　　　　　　　　　　　　CASSANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　　D.C. BAR NO. 1671667
　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　James.Bickford@usdoj.gov
　　　　　　　　　　　　　　　　　　　Telephone: (202) 305-7632
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 616-8470

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*