IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III, *Plaintiff*, v. DEPARTMENT OF DEFENSE, *Defendant*. | No. 3:22-CV-00706-C |

**DEFENDANT'S NOTICE REGARDING REDACTIONS**

Defendant the Department of Defense ("the Department") respectfully provides notice that it is still considering whether to lift the remaining challenged redactions and intends to submit a final update to this Court and to Dr. Hopkins within 15 days, by September 5, 2025.

On August 8, 2025, the Department filed its combined reply in support of its motion to dismiss and for summary judgment and its opposition to Plaintiff's motion to amend the complaint. *See* ECF No. 86 ("Def.'s Reply"). The Department indicated that it had decided to lift certain redactions, as specified in the classified supplemental memoranda submitted for the Court's *ex parte*, *in camera* review, and intended to provide Dr. Hopkins with an updated manuscript with updated redactions by August 29, 2025. *See id.* at 18 & n.4; *see also* Notice of Lodging of *Ex Parte*, *In*

*Camera* Classified Memorandum and Appendix, ECF No. 89. The Department further stated that it was still considering whether to lift certain additional redactions and intended to provide an update by August 22, 2025. *See* Def.'s Reply at 18.

Classified information must be declassified before it can be released to the public. *See, e.g.*, 18 U.S.C. § 798(a) (providing penalties for the unauthorized dissemination of classified information). With certain exceptions, only the "original classification authority" who authorized the original classification of information has authority to declassify that information. *See* Executive Order 13526, 75 Fed. Reg. 707, 713 (Section 3.1(b)). The relevant original classification authority here is a three-star general. Given the multiple pressing obligations on the original classification authority, the Department needs additional time to consider and potentially declassify the relevant information.

Accordingly, the Department intends to submit a final update to this Court and to Dr. Hopkins within 15 days, by September 5, 2025. The Department intends to provide Dr. Hopkins with an updated manuscript with all updated redactions within 7 days thereafter, by September 12, 2025.

Date: August 21, 2025                                  Respectfully submitted,

                                                          BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Cassandra. M. Snyder*
JAMES BICKFORD
  N.Y. Bar No. 5163498
CASSANDRA M. SNYDER
  D.C. BAR NO. 1671667
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

3

## CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing brief contains 312 words, exclusive of the case caption, signature block, and certificates, according to Microsoft Word's word-count register.

*/s/ Cassandra M. Snyder*
Cassandra M. Snyder

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Cassandra M. Snyder*
Cassandra M. Snyder
