# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Dallas Division

ROBERT HOPKINS, III,               *
                                   *
    Plaintiff,             *
                                   *
    v.                     *      Civil Action No. 3:22-cv-00706 (E)
                                   *
DEPARTMENT OF DEFENSE,             *
                                   *
    Defendant.             *
                                   *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## <u>NOTICE OF DISPOSITION OF CIRCUIT MOTION</u>

On 22 August 2025, the Court ordered the parties to notify it within seven days of any ruling from the Fifth Circuit regarding Plaintiff's motion to recall and modify its mandate. Plaintiff hereby informs the Court that that motion was withdrawn. On 29 July 2025, Defendant advised this Court that it no longer opposed Plaintiff's position that the earlier procedural motions remained pending and ripe for adjudication. Accordingly, Plaintiff filed a motion to withdraw the motion to recall the mandate on 31 July, which the Fifth Circuit granted on 4 August. There is accordingly no need to stay this case.

Date:  August 23, 2025

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
N.D. Tex. Bar #984704DC
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing filing contains 212 words.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.