IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-C |

**NOTICE OF WITHDRAWAL**

Notice is hereby given that Cassandra M. Snyder withdraws as counsel for Defendant in the above-captioned matter and requests that her name be removed from the docket. Defendant will continue to be represented by the other counsel of record who have entered an appearance.

Dated: September 5, 2025

Respectfully submitted,

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 451-7729
Fax: (202) 616-8460
E-mail: Cassandra.M.Snyder@usdoj.gov

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Cassandra M. Snyder*
Cassandra M. Snyder
