Lindsay Peacock,
[redacted]
England.

25 August 2026

**Re: A Volume titled "Klaxon – Strategic Air Command Alert during the Cold War"**

Dear Sir,

Some five years have passed since the original manuscript of this volume was submitted for pre-publication approval, even though (in my opinion) such a procedure was unnecessary as all of the information contained herein was freely and readily available in the public domain. Five years on, approval is still awaited and I have finally exhausted my patience. There are a number of reasons for this. Firstly, and perhaps most importantly, I am close to completing my eighth decade and will shortly enter my ninth. Sadly, the ageing process has not been kind and my health has been declining, though I hope to live long enough to see publication. That event has thus far been prevented by the intransigence of the agencies responsible for the clearance process. In addition, I would also quite like to be paid for my efforts, with this lengthy delay possibly being akin to restraint of trade. Finally, I happen to firmly believe that publication would greatly add to the historical record.

I agreed to the manuscript being submitted, anticipating that it would be a straightforward process and a speedy one. How wrong can you be? Five years down a road that has persistently been blocked, it has been anything but straightforward and speedy. Indeed, it has been absurd at times, with many – I would say all – of the redactions being nonsensical. This is perhaps best exemplified by our being prevented from discussing the Boeing E-4B National Airborne Operations Center (NAOC) – even though that is fully and openly described on the US Strategic Command's own website, where several press releases allude to both the aircraft and the mission that it performs. I refer you to just one: https://www.stratcom.mil/Media/News/News-Article-View/Article/3664766/the-mighty-eighth-commander-qualifies-on-e-4b-nightwatch/

In view of this and my firm belief that nothing contained within the covers of "Klaxon" is in any way detrimental to the security of the USA, I intend to instruct Helion & Company to go ahead with publication in January 2027. As one involved with the legal process in the USA, I feel it right and proper to notify you, so that you might bring this to the attention of the proper authorities as well as my co-authors, Robert S Hopkins III and Brian Rogers, who are unaware of my intentions.

I look forward to your response.

Yours sincerely,
Lindsay Peacock (Mr).

Ex. A