To Whom it May Concern

I am Lennart Andersson, a Swedish citizen and co-author with Robert S Hopkins, III, of the book *Crowded Skies: Cold War Reconnaissance Over the Baltic*. Crécy Publishing, Ltd., is the United Kingdom publisher. Following the June 2023 approval by the US Department of Defense Pre-publication Security Review (DOPSR) Process (complete text and all photos and illustrations), the approved manuscript was produced, printed, and published, with 2,000 copies of the book printed for immediate worldwide release. *After printing* and prior to the official release date, DOPSR abruptly reversed its June 2023 decision in August 2023 and demanded additional extensive changes which could not be accommodated after printing 2,000 copies.

I personally find that decision incomprehensible, as every single archive document that the book is based on was reviewed individually and declassified by the relevant American and Swedish authorities during our research at the archives in the United States and in Sweden. On top of that the whole manuscript was then reviewed closely again for a protracted time by the DOPSR and finally released.

Co-author Hopkins began litigation in March 2022 with DOPSR to resolve this matter. In June 2025, the US Fifth Circuit Court of Appeals affirmed his case and remanded it to the District Court. After twelve months, there has been no action by the District Court to adjudicate Hopkins' lawsuit, during which time I have not been paid and our book has not been released.

If there is no decision by the District Court by 1 January 2027, more than a year after the successful appeal, three years after the initial DOPSR approval, and three years after printing and publication, I will be forced to find an alternate publisher or self-publish the book as is for immediate sale.

Lennart Andersson
Uppsala, 2 September 2026

[redacted]
Sweden

Ex. B