**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**Dallas Division**

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (E) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Expedited Resolution of Pending Matters, and the entire record herein, it is this _______ day of __________, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_________________________
ADA BROWN
UNITED STATES DISTRICT JUDGE