**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT HOPKINS, III,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 3:22-CV-00706-O** |
| | § | |
| **DEPARTMENT OF DEFENSE,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court are a number of pending motions. In light of the Court's order to expedite consideration of the case and in the interest of justice, Plaintiff 's Cross-Motion for Leave to File Amended Complaint, ECF No. 71, is **GRANTED** and the Clerk is directed to file the proposed amended complaint, ECF No. 71-1. All other pending motions are **DENIED** as moot. The parties are reminded that the Local Rules of this Court allow a motion, a response, and a reply. LOC. CIV. R. 7.1. Briefs are not to exceed 25 pages and replies are not to exceed 10 pages. LOC. CIV. R. 7.2(c).

**SO ORDERED** on this **14th day** of **October 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE