**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**Fort Worth Division**

| | | |
|---|---|---|
| ROBERT HOPKINS, III,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, d/b/a DEPARTMENT OF WAR<br><br>Defendant. | * * * * * * * * * * * | Civil Action No. 3:22-cv-00706 (O) |

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Partial Reconsideration, any Opposition thereto, and the entire record herein, it is this _______ day of __________, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the motions at ECF No. [38] and [42] are no longer denied as moot.

___________________________
REED O'CONNOR
UNITED STATES CHIEF DISTRICT JUDGE