**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT HOPKINS, III,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 3:22-CV-00706-O** |
| | § | |
| **DEPARTMENT OF DEFENSE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

The motion of Plaintiff, Robert Hopkins, III, for partial reconsideration of the Court's order of October 14, 2026, is **DENIED**. The Court expects that the parties will cooperate regarding access to evidence and that the government will not seek to seal or keep from Plaintiff materials that should not be sealed or presented *ex parte*. Further, the Court expects the parties to move expeditiously so that this action can be concluded.

**SO ORDERED** on this **16th day** of **October 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE