**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT HOPKINS, III** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-00706-O** |
| | § | |
| **DEPARTMENT OF DEFENSE** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Plaintiff filed an Amended Complaint on October 14, 2026. ECF No. 101. Defendant filed an Answer on October 29, 2026. ECF No. 104. The parties have previously been engaged in discovery since the initial filing of the case. Accordingly, the Parties are **ORDERED** to file a Joint Status Report and Proposed Scheduling Order as soon as practicable, but no later than **November 16, 2026**. Failure to do so will result in this case being dismissed under Fed. R. Civ. P. 41(b) for want of prosecution and failure to follow a Court Order.

**SO ORDERED** on this **November 2, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE