**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

ROBERT HOPKINS, III,

*Plaintiff*,

v.

DEPARTMENT OF DEFENSE,

*Defendant*.

No. 3:22-CV-00706-O

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby **ORDERED** that each party shall file a procedural motion as discussed in the joint status report on November 20, 2026; each party shall file its opposition to the other party's procedural motion on December 4, 2026; and each party shall file its reply on December 11, 2026.

It is **SO ORDERED**.

Dated: ________________________

_______________________
REED O'CONNOR
United States District Judge