**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-O |

**DEFENDANT'S CONSENT MOTION FOR**
**EXTENSION OF TIME TO FILE PROCEDURAL CROSS-MOTIONS**

The parties recently proposed, and the Court ordered, a schedule for procedural cross-motions in which each party would file its motion tomorrow, November 20. Defendant respectfully requests an extension of that deadline (and all subsequent briefing deadlines) by two business days, due to a medical emergency in the family of undersigned counsel. If this motion is granted, each party would file its procedural motion on November 24, its opposition to the other party's motion on December 8, and its reply on December 15.

Plaintiff consents to this relief, and a proposed order is attached.

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: November 19, 2026