**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ROBERT HOPKINS, III,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant*. | No. 3:22-CV-00706-O |

**[PROPOSED] ORDER**

Upon consideration of Defendant's consent motion for an extension of time, it is hereby **ORDERED** that each party shall file its procedural motion as previously ordered on November 24, 2026; its opposition to the other party's motion on December 8, 2026; and its reply on December 15, 2026.

It is **SO ORDERED**.

Dated: ________________________

_____________________
REED O'CONNOR
United States District Judge