**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT HOPKINS, III,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 3:22-CV-00706-O** |
| | § | |
| **DEPARTMENT OF DEFENSE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Consistent with the consent motion for extension of time, each party is granted leave to file a procedural motion as discussed in the joint status report by November 24, 2026; each party may file a response to the other's procedural motion by December 8, 2026; and, each party may file a reply by December 15, 2026.

**SO ORDERED** on this **20th day** of **November 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE