**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ROBERT HOPKINS, III,<br>*Plaintiff*,<br>v.<br>DEPARTMENT OF DEFENSE,<br>*Defendant*. | No. 3:22-CV-00706-O |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that Defendant may make *ex parte* submissions of classified material for the Court's *in camera* review, in support of Defendant's forthcoming motion for summary judgment on the classification challenges and in accordance with the *Stillman* procedure, as Defendant has previously done in this case.

It is **SO ORDERED**.

Dated: ________________________

________________________
REED O'CONNOR
United States District Judge