**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**Fort Worth Division**

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (O) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *

**PLAINTIFF'S MOTION TO AUTHORIZE HIS**
**COUNSEL TO ACCESS HIS INTENDED EVIDENCE**

Plaintiff Robert Hopkins, III ("Hopkins") commenced this litigation against Defendant Department of Defense ("DOD") in 2022 in part to challenge the unconstitutional prior restraint imposed upon him with respect to documents that he properly submitted for prepublication review. Hopkins now asks this Court to authorize his undersigned counsel to access the documents he prepared from unclassified, declassified, and/or publicly available sources as part of his prosecution of this case.

As explained in the attached memorandum, the presumption of access to judicial records outweighs any interest DOD may have in the nondisclosure of this unclassified information, and in any case, DOD cannot meet its burden of proving that the unclassified, declassified, and publicly available information in these document warrants the drastic consequence of being forcibly withheld from Hopkins's own counsel.

DOD opposes this Motion. A proposed Order accompanies this Motion.

Date: November 24, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan

Kelly B. McClanahan, Esq.
N.D. Tex. Bar #984704DC
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*