**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**Fort Worth Division**

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 3:22-cv-00706 (O) |
| | * | |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**DECLARATION OF ROBERT HOPKINS, III**

I, Robert Hopkins, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge.

2. I have written about military history for several decades and published my first book in 1997. A list of my creative works is attached to this declaration.

3. On July 21, 2023, I submitted a document to the Defense Office of Prepublication and Security Review ("DOPSR"), intending to provide the document to my lawyer to assist his efforts to oppose the Government's motion for summary judgment once DOPSR had cleared it for release.

4. This document was a mostly comprehensive response addressing almost all of DOD's redactions from the various manuscripts included in this case at the time of its authorship. It primarily focused on the *Klaxon!* redactions.

5. This document followed a simple pattern. First I would indicate the piece of information DOPSR had redacted from a manuscript. Then I would attach an image of the

Ex. A

relevant portion of the unclassified and/or officially released document from which I sourced the information. Then I would give a full citation to the source document.

6. For example, if I had written the sentence "The case was first assigned to Judge Cummings before it was reassigned twice: once to Judge Fitzwater and finally to Judge Brown" on page 25 of one of my manuscripts, and DOPSR had redacted the names of the judges assigned to the case, the relevant section of my response document would have looked like this:

**P. 25 Judges' Names**

> This case was originally before United States District Court Senior Judge Sam R. Cummings. On June 2, 2023, this case was reassigned to United States District Court Senior Judge Sidney A Fitzwater pursuant to Special Order 3-348. (Doc. 19). On June 6, 2023, this case then reassigned to United States District Court Judge Ada E. Brown pursuant to Special Order 3-249. (Doc. 21).

6/13/23 Order, Hopkins v. DOD, No. 3:22-CV-00706-E (N.D. Tex.)

7. Virtually everything in this response document was either a summary of redacted material from a manuscript or a pasted image from an unclassified publicly available source and a citation to that source.

8. This means that if one were to redact all the manuscript summaries from this response document, the only substantive information that would be left would be images of unclassified, publicly available documents and the corresponding citations.

9. On October 23, 2023, DOPSR informed me that I was prohibited from providing anything in this response document to my lawyer.

10. On October 26, 2026, I submitted a similar document to DOPSR, intending to provide the document to my lawyer to assist his efforts to oppose the Government's motion for summary judgment once DOPSR had cleared it for release.

11. This second document focused in similar fashion on DOD's redactions from *Crowded Skies* at the time of its authorship.

12. This second document followed the same framework as the first document referenced above.

13. In the cover letter included with this second document, I stated, "I request to have the rebuttal cleared for limited distribution to my attorney—and only for my attorney—for his use in my current litigation with DoD *Hopkins v. Department of Defense* 3:22-cv-00706-O. Please clear this document for limited distribution to my attorney by 15 November 2026 to comply with the US District Court, Northern District of Texas, Chief District Judge Reed O'Connor's 16 October 2026 order for the parties to expeditiously brief a motion for summary judgement in the case."

14. As of November 24, 2026, DOPSR has not responded to my request.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date: November 24, 2026

______________________________

Robert Hopkins, III